UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
HUSTON A SMITH
TONA S SMITH
    Debtor(s)

CASE NO. 09-12735

CHAPTER 13

FILED IN OPEN COURT
APR 3 0 2013
AT_____M
CHRISTOPHER M. DeTORO, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

COMES NOW, the Trustee, Debra L. Miller, and the Debtor(s), by Counsel, and state as follows:

1. The Trustee filed a Motion to Dismiss on March 12, 2013, as debtor was delinquent on Plan payments approximately $7,890.00.

2. The Trustee and debtor have resolved the issues that caused the filing of the Motion, which agreement is memorialized in this Agreement.

3. Debtors shall increase the Plan payment to $2,700 per month for the remainder of the Plan term in order to cure the arrearage and properly fund the Plan. The increase began with the March 2013 Plan payment.

4. Should the Debtor(s) fail to comply with the terms of this Agreed Order, the Trustee may file an Affidavit of Default and this case may be dismissed without further notice or hearing.

5. All other terms of the Plan remain the same.

Dated: April 30, 2013

Jeffrey S Arnold #19743-02
Attorney for Debtors
209 W Van Buren St
Columbia City IN 46725
260.248.2169

Debra L Miller, Trustee
Standing Chapter 13 Trustee
PO Box 11550
South Bend IN 46634
574.251.1493

SO ORDERED, this ____June 14, 2013.____

                              /s/ Robert E. Grant
                              Robert E. Grant, Chief Judge
                              United States Bankruptcy Court